JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant QUINNERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     v.<br><br>DAVID QUINNERT,<br><br>              Defendant. | No. 24-CR-00194 BLF<br><br>STATUS REPORT AND ORDER REGARDING SENTENCING DESIGNATION |

  On June 3, 2025, the Court sentenced David Quinnert to four months of custody followed by one year of supervised release. During the sentencing hearing, defense counsel stated she would consult with the U.S. Marshal Service about the options for Mr. Quinnert's surrender and designation in light of his medical conditions, his inability to travel independently, and the length of the sentence. After consulting with the U.S. Marshal Service, Mr. Quinnert and his counsel have determined that recommending Mr. Quinnert be designated to a Bureau of Prison (BOP) medical facility would be more physically taxing than it would be helpful, due to the distant location of the facilities, the transport process (to and from), and the length of the sentence. There are closer facilities that do not require airplane transport that may be able to accommodate Mr. Quinnert's current medical needs, although the appropriate facility will be ultimately determined by Bureau of Prison.

  Mr. Quinnert would therefore like to request that the recommendation in the Judgement and Commitment to BOP be that Mr. Quinnert be designated as close to San Jose, California, as

STIPULATION AND ORDER
 24-CR-00194 BLF

possible, at the discretion of BOP. U.S. Probation and the government have been informed of this request, and they have no objection.

                                      Respectfully,

DATED: June 4, 2025                 JODI LINKER
                                      Federal Public Defender

                                      */s/ Sophia Whiting*
                                      SOPHIA WHITING
                                      Assistant Federal Public Defender

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the sentencing recommendation to the Bureau of Prison request that Mr. Quinnert be designated as close to San Jose, California, as possible, at the discretion of the Bureau of Prison.

IT IS SO ORDERED.

DATED: June 5, 2025                     _____
                                      HONORABLE BETH L. FREEMAN
                                      United States District Judge